# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY DWAYNE CHRISTENSEN,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 81294

**FILED**

JUN 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to address pretrial custody status and to reduce or vacate bail.[1] Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]Appellant's jury trial is scheduled for September 8, 2020.

cc:   Hon. Douglas W. Herndon, District Judge
       Corey Dwayne Christensen
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       T. Augustus Claus

SUPREME COURT
OF
NEVADA

(O) 1947A